# EXHIBIT G

**Subject:** Re: PerfX (XConnect) Thrive IP 1312.0010 - DynaEnergetics
**Date:** Wednesday, November 25, 2020 at 2:56:55 PM Eastern Standard Time
**From:** Lisa Moyles
**To:** Peter Brewer
**CC:** Mary Bryant, Patent Docket, Michelle Shepston, Herman, Barry
**Attachments:** US10844697.pdf, Dyna v. YJOT Complaint 24Nov20.pdf, DynaEnergetics PerfX Claim Chart.pdf

Dear Peter,

Further to our letter dated September 11, 2020, this email is to inform you that US Patent No. 10,844,697 (attached) issued yesterday in the name of DynaEnergetics. In addition, the first lawsuit has been filed and I have attached a courtesy copy of the complaint.

As requested in your letter dated November 18, 2020, we have also attached a claim chart. Please confirm that your client will immediately cease importing, making, using, marketing, promoting, selling, or offering for sale the XConnect perforating gun system.

Please note that our Shelton office is closed and our Moyles IP staff will work remotely until further notice in view of the coronavirus pandemic. We will continue to receive mail at the Shelton address, and we remain available for meetings via telephone and video conferences. We wish you and your families good health and safety in this unprecedented time.

Kind regards,
Lisa J. Moyles, Esq.
Member
Moyles IP, LLC
m. +1-203-258-6675

---

**From:** Mary Bryant <mary.bryant@thrive-ip.com>
**Date:** Wednesday, November 18, 2020 at 12:21 PM
**To:** Lisa Moyles <lmoyles@moylesip.com>
**Cc:** Peter Brewer <pbrewer@thrive-ip.com>
**Subject:** RE: Thrive IP 1312.0010

Dear Ms. Moyles:

On behalf of Peter Brewer, please find attached our response letter regarding PerfX Wireline Services, LLC.
Sincerely,

Mary A. Bryant
Mary A. Bryant
Certified U.S. Patent and Trademark Paralegal

Thrive IP®
5401 Netherby Lane
Suite 1201
North Charleston, SC 29420
USA
864.351.2468 (phone)
866.747.2595 (fax)