# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and. | ) | |
| DYNAENERGETICS US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 6:21-cv-00371-ADA |
| | ) | |
| v. | ) | |
| | ) | |
| PERFX WIRELINE SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,

Defendant PerfX Wireline Services, LLC makes the following disclosures.

PerfX Wireline Services, LLC is a Nevada corporation, which has no parent corporation

and no publicly held corporation that owns 10% or more of its stock.

Dated: June 15, 2021

Respectfully submitted,

**GILLAM & SMITH, LLP**

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
903-934-9257

**ERISE IP, P.A.**

Megan J. Redmond (*pro hac vice* pending)
Carrie A. Bader (*pro hac vice* pending)
Nick R. Apel (*pro hac vice* pending)
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: nick.apel@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on June 15, 2021.

*/s/ Melissa R. Smith*
Melissa R. Smith