IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERFX WIRELINE SERVICES, LLC <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 6:21-cv-00371-ADA |

## NOTICE OF NAME CHANGE AND UNOPPOSED MOTION TO AMEND CAPTION

TO HONORABLE ALAN D ALBRIGHT, UNITED STATES DISTRICT JUDGE:

Defendant submits this Notice of Name Change and Motion to Amend Caption. Defendant provides notice that it legally changed its name subsequent to the filing of this lawsuit, and moves to amend the caption to reflect Defendant's legal name change. Defendant "PerfX Wireline Services, LLC" has legally changed its name to "XConnect, LLC".

Defendant's Motion addresses an administrative matter and does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint. *Mockingbird Pharma LLC v. FLTX Holdings LLC*, No. 3:19-cv-00240, Dkt. No. 34 (N.D. Tex. 2020) (granting motion to amend caption).

Pursuant to Local Rule CV-7(G), Defendant conferred with Plaintiffs regarding this Motion, and Plaintiffs do not oppose this Motion. Defendant requests the Court grant its Motion to amend the caption to reflect its legal name change from "PerfX Wireline Services, LLC" to "XConnect, LLC".

Dated: August 18, 2021

Respectfully submitted,

**ERISE IP, P.A.**

*/s/ Megan J. Redmond*
Megan J. Redmond (*pro hac vice*)
Carrie A. Bader (*pro hac vice*)
Nick R. Apel (*pro hac vice*)
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: nick.apel@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

**GILLAM & SMITH, LLP**

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
303 South Washington Avenue
Marshall, TX 75670
Email: melissa@gillamsmithlaw.com
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, the foregoing was electronically filed in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Megan J. Redmond*
Megan J. Redmond