IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> PERFX WIRELINE SERVICES, LLC <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 6:21-cv-00371-ADA |

**ADDITIONAL ATTACHMENT (PUBLIC) TO MAIN DOCUMENT**

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER**

Additional attachment to Dkt. No. 31:

- Exhibit C

Dated: October 13, 2021

Respectfully submitted,

**ERISE IP, P.A.**

*/s/ Carrie A. Bader*
Megan J. Redmond (*pro hac vice*)
Carrie A. Bader (*pro hac vice*)
Nick R. Apel (*pro hac vice*)
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: nick.apel@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

1

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Email: melissa@gillamsmithlaw.com
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, the foregoing was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel of record.

*/s/ Carrie A. Bader*
Carrie A. Bader
