IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 6:21-cv-00371-ADA ) |
| PERFX WIRELINE SERVICES, LLC | ) ) |
| Defendant. | ) ) ) |

## UNOPPOSED MOTION TO WITHDRAW DEFENDANT XCONNECT'S MOTION TO TRANSFER

Defendant XConnect[1] ("XConnect") files this Motion to Withdraw its Motion to Transfer to (the "Motion") (Dkt. 12).

XConnect has conferred with Plaintiffs, DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. and they have indicated they are not opposed to the present motion.

WHEREFORE, XConnect requests that the Court withdraw its Motion in the above-captioned matter.

---

[1] XConnect, LLC was previously named PerfX Wireline Services, LLC and has filed a notice of name change and unopposed motion to amend the case caption. Dkt. No. 27.

Dated: November ____, 2021

Respectfully submitted,

**ERISE IP, P.A.**

*/s/ Carrie A. Bader*
Megan J. Redmond (*pro hac vice*)
Carrie A. Bader (*pro hac vice*)
Nick R. Apel (*pro hac vice*)
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: nick.apel@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Email: melissa@gillamsmithlaw.com
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on November _____, 2021, the foregoing was electronically filed in and served via the Court's electronic filing system on all counsel of record.

*/s/ Carrie A. Bader*
Carrie A. Bader