IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERFX WIRELINE SERVICES, LLC <br><br> Defendant. | Civil Action No: 6:21-cv-00371-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's Order Governing Proceedings – Patent Case entered here, and the parties' proposed scheduling order, Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") and Defendant XConnect, LLC ( "XConnect")[1] submit this Joint Claim Construction Statement regarding U.S. Patent Nos. 10,844,696 (the "'696 Patent") and D904,475 (the "'475 Patent").

    **A.**    **Constructions on Which the Parties Agree**

The parties do not agree to the construction of any terms.

    **B.**    **Parties' Proposed Constructions for Disputed Terms**

---

[1] XConnect, LLC was previously named PerfX Wireline Services, LLC and has filed a notice of name change and unopposed motion to amend the case caption.  Dkt. No. 27.

1

| '697 Patent | | | |
|---|---|---|---|
| **Claim Term** | **Asserted Claims** | **DynaEnergetics' Construction** | **XConnect's Construction** |
| "tandem seal adapter" [*XConnect Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "adapter configured to form a seal between two gun carriers that are directly attached to each other" |
| "connected to" [*Both Parties Proposed*] | 1 | Plain and ordinary meaning, which is "joined or coupled in a manner that resists separation and not merely by physical contact" | Plain and ordinary meaning. |
| "pin connector assembly" [*XConnect Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "plurality of parts that are fitted together to form a component with pins for electrically connecting two guns or tools" |
| "not possible to interrupt the electrical signal from the first pin connector end to the second pin connector end" [*XConnect Proposed*] | 2 | No construction needed; plain and ordinary meaning. | Indefinite / not enabled. |

2

| '475 Design Patent ||
|---|---|
| **DynaEnergetics' Construction** | **XConnect's Construction** |
| No construction needed | The notches (in blue) and o-ring slots (in green) in the claimed design are "purely functional and not ornamental" <br><br> FIG. 1 <br><br> Alternatively, if the Court determines these elements are ornamental and using the '475 Patent figures, XConnect contends the claim should be construed as a tandem sub that requires "8 notches in the center collar in the tandem sub." <br> And if the Court determines these elements are ornamental and using the '673 Application's Figure 26, XConnect contends the claim should be construed as a tandem sub that requires "a solid offset collar of the tandem sub with no notches." |

Dated: December 9, 2021

 _/s/ Eric H. Findlay_____
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

Respectfully submitted,

 _/s/ Megan J. Redmond_____
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
903-934-9257

Megan J. Redmond (*pro hac vice*)
Carrie A. Bader (*pro hac vice*)

Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice* to be filed*)*
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Stephanie.Nguyen@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

Nick R. Apel (*pro hac vice*)
ERISE IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com
Email: nick.apel@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*Attorneys for Defendants XConnect, LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Eric H. Findlay*_____
Eric H. Findlay